No. 12–676.   HYDE v. COMMISSIONER OF INTERNAL REVENUE.
C. A. 8th Cir.   Certiorari denied.

No. 12–677.   BOSWORTH v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 12–679.   DiMURO v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 12–5406.   ENRIQUEZ v. UNITED STATES;
No. 12–5408.   PEREA v. UNITED STATES;
No. 12–5432.   HERRERA v. UNITED STATES;
No. 12–5510.   ALVAREZ v. UNITED STATES; and
No. 12–5513.   CARDOZA v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.   Reported below: 466 Fed. Appx. 409.

No. 12–5464.   NORIEGA-PEREZ v. UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 12–5604.   HANIBLE v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 12–5632.   KING v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–5637.   JONES v. FEDERAL BUREAU OF PRISONS ET AL.
C. A. 6th Cir.   Certiorari denied.

No. 12–5661.   MOORE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 12–5688.   GILLISPIE v. WEST VIRGINIA.   Sup. Ct. App.
W. Va.   Certiorari denied.

No. 12–5708.   CELIO v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 12–5817.   COOPER v. MERIT SYSTEMS PROTECTION BOARD.
C. A. Fed. Cir.   Certiorari denied.

No. 12–5820.   CHAMPNEY v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 3d Cir.   Certiorari denied.